McGREGOR W. SCOTT
United States Attorney
VIRNA L. SANTOS
Assistant U.S. Attorney
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:06cr00042 AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE MOTIONS HEARING |
| v. ) | |
| ) | |
| EMILIO VEGA, et al., ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between th parties hereto through their respective counsel, Virna L. Santos, Assistant United States Attorney for the government, Kendall Simsarian, attorney for EMILIO VEGA, and Juan Falcon, attorney for CONCEPCION VEGA, to continue the motions hearing date in this matter, currently set for June 19, 2006, to a new date of **July 24, 2006.**

The parties further stipulate that the government's response to any pending motions shall now be due on July 3, 2006 and that any reply shall be filed by July 10, 2006.

This continuance is necessary to allow for additional investigation of the case and to pemit negotiations that may result in the resolution of this matter without the need to litigate the pending

1

1 motion.

2 All parties stipulate that time shall be excluded for the above purposes until the new
3 hearing date of July 24, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A).

4 **IT IS SO STIPULATED.**

6 Dated: June 16, 2006
/s/ Virna L. Santos
7 VIRNA L. SANTOS
Assistant U. S. Attorney

8 Dated: June 15, 2006      /s/ Kendall Simsarian
9 KENDALL SIMSARIAN
Attorney for Emilio Vega

11 Dated: June 15, 2006      /s/ Juan Falcon
JUAN FALCON
12 Attorney for Concepcion Vega

### ORDER

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing date presently scheduled for June 19, 2006 be continued to July 24, 2006 at 9:00 a.m.

IT IS FURTHER ORDERED that the filing dates for any pleadings shall be rescheduled as stipulated.

IT IS SO ORDERED.

**Dated:   June 16, 2006**           **/s/ Anthony W. Ishii**
0m8i78                            UNITED STATES DISTRICT JUDGE